```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 23284
    MICHAEL DILWORTH
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-6347

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 09/03/2008 and was not confirmed.

    The case was dismissed without confirmation 12/17/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID           PAID
------------------------------------------------------------------------
WILSHIRE CREDIT CORP     CURRENT MORTG        .00          .00           .00
WILSHIRE CREDIT CORPORAT CURRENT MORTG        .00          .00           .00
WILSHIRE CREDIT CORP     MORTGAGE ARRE   25000.00          .00           .00
ECAST SETTLEMENT CORP    UNSECURED        2444.48          .00           .00
CHASE BP                 UNSECURED       NOT FILED         .00           .00
CITIBANK USA/HOME DEPOT  UNSECURED         499.84          .00           .00
ST JOSEPH HOSPITAL       UNSECURED       NOT FILED         .00           .00
FIRST FINANCIAL CREDIT U UNSECURED        1960.63          .00           .00
ECAST SETTLEMENT CORP    UNSECURED        3813.81          .00           .00
ROUNDUP FUNDING LLC      UNSECURED        2670.83          .00           .00
WILSHIRE CREDIT CORPORAT MORTGAGE NOTI   NOT FILED         .00           .00
BENNIE W FERNANDEZ       DEBTOR ATTY      1,373.00                       .00
TOM VAUGHN               TRUSTEE                                         .00
DEBTOR REFUND            REFUND                                          .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                         ---------------       ---------------
TOTALS                           .00                   .00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 08 B 23284 MICHAEL DILWORTH

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/05/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```